cc: Fiscal

1  DRISKELL, GORDON & FETCHIK, LLP
   Robert Driskell, SBN 70698
2  180 No. Glendora Avenue, Suite 201
   Glendora, CA 91741
3  (626) 914-7809
   Fax: (626) 335-7091
4
5  Attorneys for Christopher Davis

6

7                  UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALFORNIA

9                          EASTERN DIVISION

10

11                                          ) Case No.: 5:22-CV-00707 _FMO (SPx)
    GERBER LIFE INSURANCE COMPANY,          )
12                                          ) **JUDGEMENT THAT FULL AMOUNT OF
         Plaintiff,                         ) INTERPLED FUNDS BE AWARDED TO
13                                          ) CHRISTOPHER J. DAVIS**
                                            )
14            v.                            )
                                            )
15  CHRISTOPHER J. DAVIS, and THALIA        )
    SANGER,                                 )
16       Defendants,                        )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19                                          )
                                         ___)
20

21

22  COURTS JUDGMENT

23       Pursuant to a stipulation entered into by defendants Christopher Davis and Thalia Sanger

24  filed on May 19, 2023 the Court enters judgment that the interpled funds of $25,000.00, proceeds

25  from life insurance policy # 81916435, less attorney's fees and costs awarded to GERBER LIFE

26  
27  INSURANCE COMPANY in the amount of $4,000.00, be awarded to Christopher Davis.

28  Therefore, the remaining interpled funds in the amount of $21,000.00 shall be awarded to

Judgment. - 1

Christopher Davis. The clerk of the court is directed to release the funds to Christopher Davis through his counsel, Robert Driskell.

DATED: May 30, 2023

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT COURT JUDGE