cc: FISCAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERBER LIFE INSURANCE COMPANY, | Case No. ED CV 22-0707 FMO (SPx) |
| Plaintiff, | |
| v. | **AMENDED JUDGMENT** |
| CHRISTOPHER J. DAVIS, <u>et al.</u>, | |
| Defendants. | |

Pursuant to stipulation entered into by defendants Christopher Davis and Thalia Sanger filed on May 19, 2023, the court enters judgment that the remaining interpleaded funds of $21,904.11, plus any accrued interest and/or earnings, be paid to Christopher Davis from the Registry of the Court.  The Clerk is directed to release the funds to Christopher Davis through his counsel, Robert Driskell.

Dated this 28th day of June, 2023.

/s/
Fernando M. Olguin
United States District Judge